**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTINA GONZALES,<br><br>       Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER<br>OF SOCIAL SECURITY ADMINISTRATION,<br><br>       Defendant. | NO. ED CV 07-1347-E<br><br><br><br>**JUDGMENT** |

  IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Memorandum Opinion and Order of Remand filed concurrently herewith.

    DATED: July 7, 2008.

               _____ /S/ _____
                   CHARLES F. EICK
              UNITED STATES MAGISTRATE JUDGE